**E-Filed 6/23/09**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>               Defendant. | Case Number 08-04306 JF<br><br>ORDER[1] GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>[Docket No. 9] |

19    On June 27, 2008, Plaintiff James Alan Bush ("Plaintiff") filed an application for

20  benefits under Title II of the Social Security Act ("the Act").  On July 10, 2008, he filed an

21  application for Supplemental Security Income ("SSI") under Title XVI of the Act.  The

22  Commissioner of Social Security ("Commissioner") denied both applications in a decision issued

23  September 5, 2008.  A notice of the decision advised Plaintiff that he was entitled to file an

24  appeal within sixty days of receiving the notice.  Plaintiff did not file an appeal.  Instead, on

25  September 12, 2008, he filed the instant action.  Defendants now move to dismiss the action

26  pursuant to Federal Rule of Civil Procedure 12(b)(1) on the ground that Plaintiff has not

27

28    [1] This disposition is not designated for publication in the official reports.

1    exhausted his administrative remedies, thus depriving this Court of subject matter jurisdiction.

2        Pursuant to 42 U.S.C. § 405(g), a benefits determination is subject to judicial review only

3    where it constitutes a "final decision of the Commissioner of Social Security made after a

4    hearing." 20 C.F.R. §§ 404.900(a) & 416.1400(a) establish that a claimant must complete an

5    administrative review process for the Commissioner's decision to be considered final.  A

6    claimant first must receive an initial determination.  20 C.F.R. § 404.902.  If unsatisfied with that

7    determination, he or she then may request reconsideration.  *Id.* § 404.907.  If unsatisfied with the

8    disposition of the request for reconsideration, the claimant may request a hearing before an

9    Administrative Law Judge ("ALJ").  *Id.* § 404.929.  The individual also may request that the

10   Commission's Appeals Council review the decision.  *Id.* at § 404.9967.  The Appeals Council

11   either may deny the request for review or grant the request and issue its own decision.  *Id.* §

12   404.981.  In either case, the claimant then may seek a judicial review of the Commissioner's final

13   decision by filing an action in federal district court within sixty days after receiving notice of the

14   decision.  *Id.*

15       In the instant case, because Plaintiff has not completed the available administrative

16   appeals process, there is no final decision of the Commissioner that this Court has jurisdiction to

17   review.  When Plaintiff filed his complaint in this Court, he had not requested reconsideration of

18   the initial denial of his claim.  Accordingly, Plaintiff by definition could not have received a

19   decision from the Appeals Council, which is required to render the denial of benefits reviewable.

20   Because Plaintiff has failed to exhaust his administrative remedies, this Court lacks subject

21   matter jurisdiction over this action.

22                              **IV.  ORDER**

23        Good cause therefore appearing, the Commissioner's motion to dismiss will be granted

24   without prejudice to Plaintiff's right to re-file the action upon a showing that he has exhausted

25   his administrative remedies.  The Clerk of Court shall enter a separate judgment upon this order

26   pursuant to Fed. R. Civ. P. 58.

27

28

1    **IT IS SO ORDERED**

2

3    DATED: June 23, 2009

4

5                                          _____
                                           JEREMY FOGEL
6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    This Order has been served upon the following persons:

2    James Alan Bush
     1211 E. Santa Clara Avenue #4
3    San Jose, CA 95116

4    Sarah Lynn Ryan       Sarah.ryan@ssa.gov

5

6

7

8    _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-04306 JF
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
(JFEX2)